FILED

2009 MAY 18 PM 2:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY_____

Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
JEANNE SPICUZZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jeanne Spicuzza,

    Plaintiff,

v.

Creditors Financial Group LLC,

    Defendant.

Case No.: CV09-3522 (RZx)

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES

DEMAND FOR JURY TRIAL

BY FAX

**PRELIMINARY STATEMENT**

1. This is an action for actual and statutory damages, costs and attorney fees brought by an individual consumer for defendant Creditors Financial Group LLC's (hereinafter, "Defendant") violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA") and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788, *et seq.* (hereinafter, "state Act"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1337.

3. Plaintiff Jeanne Spicuzza (hereinafter, "Plaintiff") is a natural person and resident Los Angeles County, California.

4. Upon information and belief, Defendant is a New York limited liability company with its principal place of business in Aurora, Colorado. Defendant regularly conducts business in the Central District of California and the events upon which this action is based occurred in whole or in substantial part in the Central District of California.

## FACTS

5. On April 8, 2009, Defendant's employee left a voice message for Plaintiff at Plaintiff's place of business. In that message, Defendant's employee stated that he "represents a firm that is CFG," represented that he had "received documents . . . on your behalf" and stated that he "strongly suggest that you call me back as this is highly time sensitive."

6. On April 8, 2009, Defendant's employee telephoned Plaintiff's 81 year old father in Milwaukee, Wisconsin. In that telephone call, Defendant's employee identified himself as being with "CFG" and left a message for Plaintiff to phone him immediately.

7. On or about April 8, 2009, Defendant's employee telephoned Plaintiff's sister in Madison, Wisconsin. In that telephone call, Defendant's employee identified himself as being with "CFG" and left a message for Plaintiff to phone him immediately.

8. On April 8, 2009, Plaintiff traced the telephone number to Defendant and sent Defendant a letter demanding validation of any alleged debt that Defendant was attempting to collect and demanding that all telephone communication cease. That letter was received and signed for by Defendant on April 13, 2009.

9. On April 11, 2009, Defendant's employee left two messages for Plaintiff with nearly identical content at 8:46 a.m. and 8:47 a.m.

COMPLAINT

10. On or about May 1, 2009, Defendant sent Plaintiff a collection letter that including notice of Plaintiff's rights pursuant to the FDCPA and state Act.

11. On May 4, 2009, Defendant's employee telephoned Plaintiff.

12. On May 5, 2009, Defendant's employee left a voice message for Plaintiff at Plaintiff's place of business. In that message, Defendant's employee identified his name and telephone number but gave no identifying information regarding Defendant.

13. As a direct and proximate result of Defendants' actions, Plaintiff suffered actual damages including, but not limited to, financial harm, loss of productivity, anxiety, indignation, irritability, nervousness, fear, worry, loss of happiness, headaches, loss of sleep, insomnia, nausea, stress, and anger.

## FIRST CLAIM FOR RELIEF

## Violations of Federal Fair Debt Collection Practices Act

14. Plaintiff realleges and incorporates paragraphs 1 through 13 above as if fully set out herein.

15. Plaintiff is a "consumer" within the meaning of the FDCPA.

16. Defendant is a "debt collector" within the meaning of the FDCPA.

17. Defendant alleged that Plaintiff owed a "debt" within the meaning of the FDCPA.

18. Defendant violated the FDCPA, 15 U.S.C. §1692e(11), by failing to issue the consumer warning "This is an attempt to collect a debt and any information obtained will be used for that purpose" in its first communication with Plaintiff.

19. Defendant violated the FDCPA, 15 U.S.C. §1692g, by failing to send Plaintiff a validation notice within five days of the initial communication.

20. Defendant violated the FDCPA, 15 U.S.C. §1692g, by continuing collection activities after a timely validation request without providing adequate validation.

21. Defendant violated the FDCPA, 15 U.S.C. §1692e(14), by using a name other then the true name of Defendant's business.

COMPLAINT

22. Defendant violated the FDCPA, 15 U.S.C. §1692e preface and e(10), by using false, deceptive, or misleading representations or means in connection with attempted collection of the alleged debt.

23. Defendant violated the FDCPA, 15 U.S.C. §1692d(5), by causing the phone to ring and attempting to engage Plaintiff in telephone conversations repeatedly or continuously with the intent to annoy, abuse, or harass.

24. Defendant violated the FDCPA, 15 U.S.C. §1692d(6), by placing telephone calls without disclosing Defendant's identity.

25. Defendant violated the FDCPA, 15 U.S.C. §1692d preface, by engaging in conduct the natural consequence of which was to harass, oppress, and/or abuse in connection with attempted collection of the alleged debt.

26. Defendant violated the FDCPA, 15 U.S.C. §1692c(c), by attempting to telephone Plaintiff after Plaintiff notified Defendant in writing to cease telephone contact.

27. Defendant violated the FDCPA, 15 U.S.C. §1692b(1), by identifying "CFG" as the company that was calling, by not stating that he was confirming or correcting location information concerning Plaintiff, and by communicating additional information beyond that allowed.

28. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney fees.

## SECOND CLAIM FOR RELIEF
### Violations of California Fair Debt Collection Practices Act

29. Plaintiff realleges and incorporates paragraphs 1 through 28 above as if fully set out herein.

30. Plaintiff is a "debtor" within the meaning of the state Act.

31. Defendant is a "debt collector" within the meaning of the state Act.

32. Defendant alleged a "debt" is owed by Plaintiff within the meaning of the state Act.

33. Each and every violation of the FDCPA as described herein is a violation of the state Act.

34. As a result of the above violations of the state Act, the defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff respectfully pray that judgment be entered against Defendant for the following:

A. Actual damages of at least $20,000;

B. Statutory damages pursuant to 15 U.S.C. §1692k in the amount of $1,000 per violation of the FDCPA;

C. Statutory damages pursuant to Cal. Civ. Code §1788.30(b) in the amount of $1,000 per violation of the state Act;

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k and Cal. Civ. Code §1788.30(c);

E. For such other and further relief as may be just and proper.

Dated: May 15, 2009                    LAW OFFICES OF PAUL E. SMITH

                                       By: _____
                                           PAUL E. SMITH
                                           Attorney for Plaintiff
                                           JEANNE SPICUZZA

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: May 15, 2009                    LAW OFFICES OF PAUL E. SMITH

                                       By: _____
                                           PAUL E. SMITH
                                           Attorney for Plaintiff
                                           JEANNE SPICUZZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV09- 3522 PSG (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jeanne Spicuzza | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09-3522 PSG (RZx) |
| v. | |
| Creditors Financial Group LLC | |
| DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): Creditors Financial Group LLC

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Paul E. Smith_____, whose address is _16870 W. Bernardo Dr., Suite 400, San Diego, California 92127_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 1 8 2009__

By: _Natalie Gongaria_
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)          SUMMONS



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jeanne Spicuzza | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09-3522 PSG(RZx) |
| v. | |
| Creditors Financial Group LLC | |
| DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S):  Creditors Financial Group LLC

  A lawsuit has been filed against you.

  Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Paul E. Smith_____, whose address is _16870 W. Bernardo Dr., Suite 400, San Diego, California 92127_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 1 8 2009__      By: ____NATALIE LONGORIA____
                                     Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

---

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Jeanne Spicuzza

**DEFENDANTS**
Creditors Financial Group LLC

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Paul E. Smith, Cal. Bar No 216644
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 20,000 plus statutory, fees, costs

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq., violations of Fair Debt Collection Practices Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

CV09-3522

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Colorado or New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date May 15, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |