Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
JEANNE SPICUZZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanne Spicuzza,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Creditors Financial Group, LLC,<br><br>　　　　Defendants. | Case No.: CV09-3522 PSG (RZx)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

　　　　NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice as to all parties and all causes of action.

Dated: July 15, 2009　　　　　　　　　　LAW OFFICES OF PAUL E. SMITH

　　　　　　　　　　　　　　　　　　　By:  __/S/ - PAUL E. SMITH_____
　　　　　　　　　　　　　　　　　　　　　　PAUL E. SMITH
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　JEANNE SPICUZZA